EASTERN DIST.
*December*, 1831.

ORLEANS
NAVIGATION CO.
*vs.*
ALLARD ET ALS

---

## ORLEANS NAVIGATION COMPANY *vs.* ALLARD ET ALS.

### APPEAL FROM THE COURT OF THE FIRST DISTRICT.

If by a clause in the lease, the lessors are authorised to resume the premises, if the lessee neglect to keep a road in good order; the state of the road may be proven by witnesses.

The plaintiffs leased to the defendants for a term of years, the right of constructing a road on the Bayou St. John, with the condition, that if the same was not kept in good repair, the plaintiffs should be authorised to take it back.

EASTERN DIST.
*December*, 1831.

ORLEANS
NAVIGATION CO.
*vs.*
ALLARD ET ALS.

The petition charged, that the defendants had failed to keep the road in good condition and repair, and prayed they might be condemned to deliver it up. The general issue was pleaded, and on the trial, the plaintiffs offered witnesses to prove the allegations in their petition, relative to the state of the road. The introduction of this testimony, was objected to by the defendants' counsel, and being sustained by the court, the plaintiffs took a bill of exceptions.

*Strawbridge*, for appellants.    *Preston*, for appellees.

*Martin, J.* delivered the opinion of the court.

The plaintiffs and appellants, have put this case before us, on a bill of exceptions taken by their counsel, to the opinion of the first judge, by which they were refused leave to prove by the testimony of John Blair and other witnesses, the allegations in their petition, relative to the state of a certain road during the last two years.

The judge has not given any reason for the refusal, nor did the appellees' counsel urge this ground of opposition.

If by a clause in the lease, the lessors are authorised to resume the premises, if the lessee neglect to keep a road in good order; the state of the road may be proven by witnesses.

The testimony appears to us to have been relevant, the plaintiffs seeking to avail themselves of a clause in their lease, by which they were authorised to resume their ground, if their lessee did not keep a road thereon, in good order and repair.

It is, therefore, ordered, adjudged, and decreed, that the judgment be annulled, avoided and reversed, and the case be remanded, with directions to the judge, to admit the proposed testimony, the appellees paying costs in this court.